**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| **PGA EUROPEAN TOUR** | § | |
| | § | |
| Movant, | § | |
| | § | |
| v. | § | Case No. **3:22-mc-00016-TJC-LLL** |
| | § | |
| **LIV GOLF, INC.** | § | |
| | § | |
| Respondent. | § | |
| | § | |

**DECLARATION OF RACHEL S. BRASS IN SUPPORT OF LIV**
**GOLF'S OPPOSITION TO PGA EUROPEAN TOUR'S MOTION**
**TO QUASH RULE 45 SUBPOENA**

I, Rachel S. Brass, hereby declare and state:

1.      I am an attorney duly licensed to practice law before all the courts of the State of California, as well as the United States District Courts for the Northern District of California, Central District of California, Eastern District of Michigan, and Eastern District of Wisconsin.  I am a partner in the law firm of Gibson, Dunn & Crutcher LLP, and am one of the attorneys representing Respondent LIV Golf, Inc. in the underlying action in the Northern District of California, *Mickelson et al. v. PGA Tour, Inc.*, 5:22-cv-04486-BLF, and have been admitted to appear before the Middle District of Florida on behalf of LIV Golf, Inc., *pro hac vice*.  Unless otherwise stated, I have personal knowledge of the matters stated herein, and if asked to testify thereto, I would do so competently.

2.      As part of discovery in the underlying litigation, limited discovery produced by the PGA Tour thus far evidences more than 4,800 emails sent to, from, or otherwise involving the address "@europeantour.com" over a three-year period.

3.      Attached as **Exhibit 1** is a true and correct copy of a PGA European Tour webpage entitled "DP World Tour Schedule," accessed November 22, 2022, at https://www.europeantour.com/dpworld-tour/schedule/2022/.

4.      Attached as **Exhibit 2** is a true and correct copy of a memorandum from Commissioner Monahan to the PGA Tour Policy Board, dated January 24, 2020, that was filed as an exhibit in the underlying action in the Northern District of California, *Mickelson v. PGA Tour, Inc.*, 5:22-cv-04486-BLF [Dkt. 2-3 at 119-22].

5.    Pursuant to Middle District of Florida Local Rule 1.11(d), attached as **Exhibit 3** is a placeholder document. The substantive exhibit is a document produced in the underlying action for which the PGA Tour has claimed confidentiality, with Bates Numbers PGA_TOUR0019032 through PGA_TOUR0019034. The PGA Tour will be given notice of this intended filing pursuant to Local Rule 1.11(d), and LIV Golf will supplement this declaration if and when appropriate pursuant to that Rule.

6.    Pursuant to Middle District of Florida Local Rule 1.11(d), attached as **Exhibit 4** is a placeholder document. The substantive exhibit is a document produced in the underlying action for which the PGA Tour has claimed confidentiality, with Bates Numbers PGA_TOUR0009948 through PGA_TOUR0009954. The PGA Tour will be given notice of this intended filing pursuant to Local Rule 1.11(d), and LIV Golf will supplement this declaration if and when appropriate pursuant to that Rule.

7.    Attached as **Exhibit 5** is a true and correct copy of a Today's Golfer article by Michael Catling entitled "PGA Tour and DP World Tour 'strategic alliance' explained," dated June 30, 2022, at https://www.todays-golfer.com/news-and-events/tour-news/pga-tour-dp-world-tour-alliance-explained-and-what-it-means-for-liv-golf/.

8.    Pursuant to Middle District of Florida Local Rule 1.11(d), attached as **Exhibit 6** is a placeholder document. The substantive exhibit is a document produced in the underlying action for which the PGA Tour has claimed confidentiality, with Bates Numbers PGA_TOUR0008819 and PGA_TOUR0008820. The PGA Tour will

be given notice of this intended filing pursuant to Local Rule 1.11(d), and LIV Golf will supplement this declaration if and when appropriate pursuant to that Rule.

9.      Pursuant to Middle District of Florida Local Rule 1.11(d), attached as **Exhibit 7** is a placeholder document.  The substantive exhibit is a document produced in the underlying action for which the PGA Tour has claimed confidentiality, with Bates Numbers PGA_TOUR0009274 through PGA_TOUR0009276.  The PGA Tour will be given notice of this intended filing pursuant to Local Rule 1.11(d), and LIV Golf will supplement this declaration if and when appropriate pursuant to that Rule.

10.     Pursuant to Middle District of Florida Local Rule 1.11(d), attached as **Exhibit 8** is a placeholder document.  The substantive exhibit is a document produced in the underlying action for which the PGA Tour has claimed confidentiality, with Bates Numbers PGA_TOUR0008652 through PGA_TOUR0008655.  The PGA Tour will be given notice of this intended filing pursuant to Local Rule 1.11(d), and LIV Golf will supplement this declaration if and when appropriate pursuant to that Rule.

11.     Attached as **Exhibit 9** is a true and correct copy of a New York Times article by Paul Sullivan entitled "The PGA and DP World Tours Allied. Then LIV Golf Happened," dated July 9, 2022, at https://www.nytimes.com/2022/07/06/sports/golf/pga-dp-world-tour-liv-golf.html.

12.     Attached as **Exhibit 10** is a true and correct copy of a GeoffShackelford.com news article by Geoff Shackelford entitled "'Historic Milestone Unfolds': Jay Monahan Attends First European Tour Board Meeting," dated March

22, 2021, at https://www.geoffshackelford.com/homepage/2021/3/22/historic-milestone-unfolds-jay-monahan-attends-first-european-tour-board-meeting.

13.     Pursuant to Middle District of Florida Local Rule 1.11(d), attached as **Exhibit 11** is a placeholder document. The substantive exhibit is a document produced in the underlying action for which the PGA Tour has claimed confidentiality, with Bates Numbers PGA_TOUR0032675 through PGA_TOUR0032676. The PGA Tour will be given notice of this intended filing pursuant to Local Rule 1.11(d), and LIV Golf will supplement this declaration if and when appropriate pursuant to that Rule.

14.     Pursuant to Middle District of Florida Local Rule 1.11(d), attached as **Exhibit 12** is a placeholder document. The substantive exhibit is a document produced in the underlying action for which the PGA Tour has claimed confidentiality, with Bates Numbers PGA_TOUR0011224 through PGA_TOUR0011229. The PGA Tour will be given notice of this intended filing pursuant to Local Rule 1.11(d), and LIV Golf will supplement this declaration if and when appropriate pursuant to that Rule.

15.     Attached as **Exhibit 13** is a true and correct copy of a Getty Images webpage entitled "2022 World Golf Hall of Fame Induction" depicting Keith Pelley in Florida on March 9, 2022, at https://www.gettyimages.ie/detail/news-photo/keith-pelley-ceo-of-the-dp-world-tour-poses-on-the-red-news-photo/1239061535?adppopup=true.

16.     Pursuant to Middle District of Florida Local Rule 1.11(d), attached as **Exhibit 14** is a placeholder document. The substantive exhibit is a document produced

in the underlying action for which the PGA Tour has claimed confidentiality, with Bates Numbers PGA_TOUR0014105 through PGA_TOUR0014107.  The PGA Tour will be given notice of this intended filing pursuant to Local Rule 1.11(d), and LIV Golf will supplement this declaration if and when appropriate pursuant to that Rule.

17.     Pursuant to Middle District of Florida Local Rule 1.11(d), attached as **Exhibit 15** is a placeholder document.  The substantive exhibit is a document produced in the underlying action for which the PGA Tour has claimed confidentiality, with Bates Numbers PGA_TOUR0010856 and PGA_TOUR0010857.  The PGA Tour will be given notice of this intended filing pursuant to Local Rule 1.11(d), and LIV Golf will supplement this declaration if and when appropriate pursuant to that Rule.

18.     Pursuant to Middle District of Florida Local Rule 1.11(d), attached as **Exhibit 16** is a placeholder document.  The substantive exhibit is a document produced in the underlying action for which the PGA of America has claimed confidentiality, with Bates Number PGAA_00001132.   The PGA of America will be given notice of this intended filing pursuant to Local Rule 1.11(d), and LIV Golf will supplement this declaration if and when appropriate pursuant to that Rule.

19.     Attached as **Exhibit 17** is a true and correct copy of an Architect Newspaper article by Matt Hickman entitled "PGA of America completes new headquarters at burgeoning 600-acre campus in Frisco, Texas," dated August 26, 2022, at       https://www.archpaper.com/2022/08/pga-america-headquarters-burgeoning-600-acre-campus-frisco-texas/.

20.     Attached as **Exhibit 18** is a true and correct copy of a screen snip of Guy Kinnings's LinkedIn profile, accessed on November 22, 2022, at https://www.linkedin.com/in/guykinnings/?originalSubdomain=uk.

21.     Attached as **Exhibit 19** is a true and correct copy of a PGA of America article entitled "A Tribute to a Golf Visionary: Herb Kohler," dated September 6, 2022, at https://www.pga.com/story/a-tribute-to-a-golf-visionary-herb-kohler.

22.     Attached as **Exhibit 20** is a true and correct copy of a World Golf Foundation webpage entitled "Board of Directors," accessed November 21, 2022, at https://www.worldgolffoundation.org/board.

23.     Attached as **Exhibit 21** is a true and correct copy of an American Golf Industry Coalition webpage entitled "A Unified Voice," accessed November 21, 2022, at https://www.golfcoalition.org.

24.     Attached as **Exhibit 22** is a true and correct copy of a Getty Images webpage entitled "The Masters – Round One" depicting Keith Pelley in Augusta, Georgia on April 7, 2022, at https://www.gettyimages.ie/detail/news-photo/of-the-pga-european-tour-keith-pelley-poses-for-a-photo-news-photo/1390110265?adppopup=true.

25.     Attached as **Exhibit 23** is a true and correct copy of a Getty Images webpage entitled "43rd Ryder Cup – Opening Ceremony" depicting Keith Pelley in Wisconsin on September 23, 2021, at https://www.gettyimages.ie/detail/news-

photo/ian-randell-chief-executive-at-confederation-of-news-photo/1342146189?
adppopup=true.

26.    Attached as **Exhibit 24** is a true and correct copy of a Getty Images
webpage entitled "2016 Ryder Cup – Opening Ceremony" depicting Keith Pelley in
Minnesota on September 29, 2016, at https://www.gettyimages.ie/detail/news-
photo/chief-executive-of-the-european-tour-keith-pelley-speaks-news-photo/
611449660?adppopup=true.

27.    Attached as **Exhibit 25** is a true and correct copy of a Getty Images
webpage entitled "2022 Presidents Cup – Day Two" depicting Guy Kinnings in North
Carolina on September 23, 2022, at https://www.gettyimages.ca/detail/news-
photo/guy-kinnings-deputy-ceo-ryder-cup-director-chief-commercial-news-photo/
1426622247?adppopup=true.

28.    Attached as **Exhibit 26** is a true and correct copy of a Getty Images
webpage entitled "43rd Ryder Cup – Opening Ceremony" depicting Keith Waters in
Wisconsin on September 23, 2021, at https://www.gettyimages.ca/detail/news-
photo/keith-waters-chief-operating-officer-pga-european-tour-news-photo/
1342139894?adppopup=true.

29.    Attached as **Exhibit 27** is a true and correct copy of a Zimbio.com
webpage entitled "World Golf Championships-Dell match Play – Round Four"
depicting    David    Probyn    in    Texas    on    March    26,    2016,    at

https://www.zimbio.com/photos/Jordan+Spieth/David+Probyn/k8JfFpAClMp/
World+Golf+Championships+Dell+Match+Play+Round.

30.     Pursuant to Middle District of Florida Local Rule 1.11(d), attached as **Exhibit 28** is a placeholder document. The substantive exhibit is a document produced in the underlying action for which the PGA Tour has claimed confidentiality, with Bates Numbers PGA_TOUR0007535 through PGA_TOUR0007566.  The PGA Tour will be given notice of this intended filing pursuant to Local Rule 1.11(d), and LIV Golf will supplement this declaration if and when appropriate pursuant to that Rule.

31.     Pursuant to Middle District of Florida Local Rule 1.11(d), attached as **Exhibit 29** is a placeholder document. The substantive exhibit is a document produced in the underlying action for which the PGA Tour has claimed confidentiality, with Bates Numbers PGA_TOUR0052539 through PGA_TOUR0052542.  The PGA Tour will be given notice of this intended filing pursuant to Local Rule 1.11(d), and LIV Golf will supplement this declaration if and when appropriate pursuant to that Rule.

32.     Pursuant to Middle District of Florida Local Rule 1.11(d), attached as **Exhibit 30** is a placeholder document. The substantive exhibit is a document produced in the underlying action for which the PGA Tour has claimed confidentiality, with Bates Numbers PGA_TOUR0360169 through PGA_TOUR0360171.  The PGA Tour will be given notice of this intended filing pursuant to Local Rule 1.11(d), and LIV Golf will supplement this declaration if and when appropriate pursuant to that Rule.

33.     Attached as **Exhibit 31** is a true and correct copy of a Sports Business Journal article entitled "Golf leaders to meet and discuss plan in response to LIV," dated November 28, 2022, at https://www.sportsbusinessjournal.com/Daily/Issues/2022/11/28/Leagues-and-Governing-Bodies/Golf-leaders-LIV-Golf-plan.

34.     Attached as **Exhibit 32** is a true and correct copy of LIV Golf's operative Amended Complaint in the underlying action in the Northern District of California, *Mickelson et al. v. PGA Tour, Inc.*, 5:22-cv-04486-BLF [Dkt. 83].

I declare under penalty of perjury that the foregoing is true and correct and that I executed this Declaration on November 29, 2022, at San Francisco, California.

*/s/ Rachel S. Brass*
Rachel S. Brass