IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| **PGA EUROPEAN TOUR** § | |
| § | |
| Movant, § | |
| § | |
| v. § | Case No. **3:22-mc-00016-TJC-LLL** |
| § | |
| **LIV GOLF, INC.** § | |
| § | |
| Respondent. § | |
| § | |

### LIV GOLF'S SUPPLEMENTAL BRIEF AT REQUEST OF COURT

At the hearing on the European Tour's motion to quash, the Court requested supplemental briefing from LIV Golf on whether the Eleventh Circuit's unpublished decision in *Courboin v. Scott*, 596 F. App'x 729 (11th Cir. 2014), has any impact on the personal jurisdiction analysis in this case. Specifically, the Court requested briefing on whether the Sherman Act and Clayton Act provide for nationwide service of process. *See* Jan. 5 Hrg. Tr. at 45:16–46:21; 96:6–11.

Section 12 of the Clayton Act provides for nationwide service of process for any "suit, action, or proceeding under the antitrust laws against a *corporation*." 15 U.S.C. § 22 (emphasis added). Thus, the short response to the Court's question is that *Courboin* is inapplicable here because that decision (unlike the present case) dealt with service of process for entities that were *not corporations*, which is not governed by Section 12 of the Clayton Act. Moreover, even aside from the Clayton Act, Federal Rule of Civil Procedure 45—which *Courboin* did not address—has provided for nationwide

1

service of process for federal subpoenas since its 2013 amendment.

In *Courboin*, the court upheld the dismissal of a *pro se* complaint that made Sherman Act and RICO claims against multiple law firms and other non-incorporated entities. 596 F. App'x at 730–31. When addressing personal jurisdiction, the *Courboin* court broadly stated: "The Sherman Act, by contrast [to the RICO statute], does not have a nationwide service-of-process provision, so we must look to the state long-arm statute as a basis for exercising jurisdiction." *Id*. at 732.

While the unpublished *Courboin* decision did not expressly specify that the non-applicability of the Clayton Act's nationwide service-of-process provision in that case turned on the parties' unincorporated status, the authority to which the court cited—*Delong Equipment Co. v. Washington Mills Abrasive Co.*, 840 F.2d 843 (11th Cir. 1988)—was clear on that point. *DeLong* involved antitrust claims against both corporate and non-corporate defendants; the court upheld nationwide service of process for the corporation under the Clayton Act, but explained that provision "applies only to corporations. … Service of process on Robert and William [as individuals] therefore must be made in accordance with the applicable Georgia statute." 840 F.2d at 848. And here, there has been no dispute that the European Tour is a corporation.[1]

Moreover, even setting aside the nationwide service of process authorized under

---

[1] According to the Waters Declaration, "[t]he European Tour was incorporated in 1984." Dkt. 2-1 ¶ 5. The Waters Declaration further states that the "European Tour is registered in England and Wales as a private company limited by guarantee." *Id*. ¶ 3. A private company limited by guarantee is a "corporate type" under U.K. law that pays "corporation tax on the profits of the business." 5 L. of Int'l Trade § 145:6 (Sep. 2022 update).

the Clayton Act, Rule 45 independently provides for nationwide service of process for federal subpoenas.  *See Gucci Am. Inc., v. Weixing Li*, 768 F.3d 122, 142 n.21 (2nd Cir. 2014) (recognizing Rule 45(b)'s provision for nationwide service as basis for looking to nationwide contacts for personal jurisdiction when non-party subpoena arises under federal law); *Concepts NREC, LLC v. Qiu*, 2021 WL 6750964, *4 n.6 (D. Vt. Sep. 21, 2021) (similar); *see also In re Grand Jury Investigation of Possible Violations of 18 U.S.C. § 1956 and 50 U.S.C. § 1705*, 381 F.Supp.3d 37, 54 (D.D.C. 2019) ("This is an action to enforce subpoenas and, thus, jurisdiction depends on whether the subpoenas may be served nationwide.").  So jurisdiction to enforce the Subpoena in this action turns on the European Tour's nationwide contacts in all events.

For those reasons, LIV Golf respectfully submits that *Courboin* is inapplicable here and that the Court's exercise of personal jurisdiction over the European Tour in this subpoena dispute properly turns on its nationwide contacts under either the Clayton Act or the nationwide service provision of Rule 45.  But even if the Court looks to Florida-specific contacts, personal jurisdiction is still easily satisfied for the reasons identified in LIV Golf's Opposition (Dkt. 11) and Sur-Reply (Dkt. 20).

DATED:  January 13, 2023        Respectfully submitted,

By:      /s/ *Joshua Lipton*

GIBSON, DUNN & CRUTCHER LLP

RACHEL S. BRASS
  *Admitted Pro Hac Vice*
  rbrass@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, California 94105-0921
Telephone:  415.393.8200
Facsimile:  415.393.8306

JOSHUA LIPTON (Lead Counsel)
  *Admitted Pro Hac Vice*
  jlipton@gibsondunn.com
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone:  202.955.8500

PHILIP AXT
  *Admitted Pro Hac Vice*
  paxt@gibsondunn.com
2001 Ross Ave Suite 2100
Dallas, Texas 75201
Telephone: 214.698.3100

JASON STERNBERG
   Fla. Bar No. 72887
   jasonsternberg@quinnemanuel.com
TARA MACNEILL
   Fla. Bar. No. 1028931
   taramacneill@quinnemmanuel.com
Quinn Emanuel Urquhart & Sullivan LLP
2601 South Bayshore Drive, Suite 1550
Miami, Florida 33133
Telephone: 305.402.4880

*Counsel for Respondent LIV Golf, Inc.*

4

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 13, 2023, a true and correct copy of the foregoing document was electronically transmitted to all counsel of record via the CM/ECF system and by email to:

*PGA European Tour*

| | |
|---|---|
| William P. Keane | Email: wkeane@fbm.com |
| Daniel A. Contreras | dcontreras@fbm.com |
| Janice W. Reicher | jreicher@fbm.com |

**FARELLA BRAUN + MARTEL LLP**
235 Montgomery Street, 17th FL
San Francisco, California 94104
Tel: (415) 954-4400

| | |
|---|---|
| R. Eric Bilik | ebilik@mcguirewoods.com |
| Kimberly T. Mydock | kmydock@mcguirewoods.com |

**MCGUIREWOODS LLP**
50 N. Laura Street, Suite 3300
Jacksonville, Florida 32202
Tel: (904) 798-3200
Fax: (904) 798-3207

*PGA Tour*

| | |
|---|---|
| John W. Keker | Email: jwk@kvn.com |
| Brook Dooley | bdooley@keker.com |
| Nicholas S. Goldberg | ngoldberg@keker.com |
| Thomas E. Gorman | tgorman@keker.com |
| Sophie A. Hood | shood@keker.com |
| Leo L. Lam | llam@keker.com |
| Robert A. Lauridsen | alauridsen@keker.com |
| Eric H. MacMichael | emacmichael@keker.com |
| Nicholas D. Marais | nmarais@keker.com |
| Elliot R. Peters | epeters@keker.com |
| David J. Silbert | dsilbert@keker.com |
| Kathleen Corey | kcorey@keker.com |

**Keker, Van Nest & Peters LLP**
633 Battery Street
San Francisco, CA 94111-1809

| | |
|---|---|
| Anthony J. Dreyer | anthony.dreyer@skadden.com |
| Karen H. Lent | karen.lent@skadden.com |
| Matthew M. Martino | matthew.martino@skadden.com |

**Skadden, Arps, Slate, Meagher & Flom LLP**
One Manhattan West
New York, NY 10001

Patrick J. Fitzgerald                                    patrick.fitzgerald@skadden.com
**Skadden, Arps, Slate, Meagher & Flom LLP**
155 N. Wacker Drive, Suite 2700
Chicago, IL 60606

                                              /s/ *Jason Sternberg*
                                                Jason Sternberg