UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

PGA EUROPEAN TOUR,

    Movant,

    v.

LIV GOLF, INC.,

    Respondent.

_____

Case No. 3:22-mc-00016-TJC-LLL

**PGA EUROPEAN TOUR'S NOTICE OF FILING
SUPPLEMENTAL DECLARATION OF KEITH WATERS**

NOTICE IS HEREBY given that Non-Party Movant PGA European Tour is filing herewith as Exhibit A the Supplemental Declaration of Keith Waters.

Date: January 13, 2023                    M<small>C</small>G<small>UIRE</small>W<small>OODS</small> LLP

By:   /s/ *Kimberly T. Mydock*
    R. Eric Bilik (FL Bar No. 0987840)
    ebilik@mcguirewoods.com
    Kimberly T. Mydock (FL Bar No. 0100571)
    kmydock@mcguirewoods.com
    50 N. Laura Street, Suite 3300
    Jacksonville, Florida 32202
    Tel: (904) 798-3200
    Fax: (904) 798-3207

    and

    William P. Keane
    *(Specially Admitted)*
    wkeane@fbm.com
    Janice W. Reicher
    *(Specially Admitted)*
    jreicher@fbm.com
    Daniel A. Contreras
    *(Specially Admitted)*
    dcontreras@fbm.com
    FARELLA BRAUN + MARTEL LLP
    235 Montgomery Street, 17th FL
    San Francisco, California, 94104
    Tel: (415) 954-4400

*Attorneys for Movant PGA European Tour*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 13, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record, and served the foregoing via e-mail on the following:

Rachel S. Brass, Esq.
rbrass@gibsondunn.com
Lauren D. Dansey, Esq.
ldansey@gibsondunn.com
Gibson, Dunn & Crutcher LLP
555 Mission Street, Suite 3000
San Francisco, California 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

Joshua Lipton, Esq.
jlipton@gibsondunn.com
Kristen C. Limarzi, Esq.
klimarzi@gibsondunn.com
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500

Robert C. Walters, Esq.
rwalters@gibsondunn.com
Scott K. Hvidt, Esq.
shvidt@gibsondunn.com
Gibson, Dunn & Crutcher LLP
2001 Ross Avenue, Suite 2100
Dallas, Texas 75201-2911
Telephone: 214.698.3100

John B. Quinn, Esq.
johnquinn@quinnemanuel.com
Dominic Surprenant, Esq.
dominicsurprenant@quinnemanuel.com
Kevin Teruya, Esq.
kevinteruya@quinnemanuel.com
Quinn Emanuel Urquhart & Sullivan LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017 Telephone:
Telephone: 213.443.3000

Robert P. Feldman, Esq.
bobfeldman@quinnemanuel.com
Quinn Emanuel Urquhart & Sullivan LLP
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, California 94065
Telephone: 650.801.5000
Facsimile: 650.801.5100

*Attorneys for Respondent LIV Golf, Inc. and for
Matt Jones, Bryson DeChambeau, and Peter Uihlein*

| | |
|---|---|
| John W. Keker, Esq. | Anthony J. Dreyer, Esq. |
| jwk@kvn.com | anthony.dreyer@skadden.com |
| Brook Dooley, Esq. | Karen H. Lent, Esq. |
| bdooley@keker.com | karen.lent@skadden.com |
| Nicholas S. Goldberg, Esq. | Matthew M. Martino, Esq. |
| ngoldberg@keker.com | matthew.martino@skadden.com |
| Thomas E. Gorman, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP |
| tgorman@keker.com | One Manhattan West |
| Sophie A. Hood, Esq. | New York, NY 10001 |
| shood@keker.com | |
| Leo L. Lam, Esq. | Patrick J. Fitzgerald, Esq. |
| llam@keker.com | patrick.fitzgerald@skadden.com |
| Robert A. Lauridsen, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP |
| alauridsen@keker.com | 155 N. Wacker Drive, Suite 2700 |
| Eric H. MacMichael, Esq. | Chicago, IL 60606 |
| emacmichael@keker.com | |
| Nicholas D. Marais, Esq. | |
| nmarais@keker.com | |
| Elliot R. Peters, Esq. | |
| epeters@keker.com | |
| David J. Silbert, Esq. | |
| dsilbert@keker.com | |
| Kathleen Corey, Esq. | |
| KCorey@keker.com | |
| Keker, Van Nest & Peters LLP | |
| 633 Battery Street | |
| San Francisco, CA 94111-1809 | |

*Attorneys for PGA Tour, Inc.*

/s/ *Kimberly T. Mydock*
Attorney

4