UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

PGA EUROPEAN TOUR,

    Movant,

v.

                                   Case No. 3:22-mc-00016-TJC-LLL

LIV GOLF, INC.

    Respondent.
_____/

## NOTICE OF CHANGE OF ADDRESS

**TO THE COURT, ALL INTERESTED PARTIES, AND THEIR COUNSEL OF RECORD**:

PLEASE TAKE NOTICE that effective April 10, 2023, the firm address for Farella Braun + Martel LLP will change. Farella Braun + Martel LLP's phone and facsimile numbers remain the same. Direct all pleadings, papers, notices, and related correspondence to the new address as follows:

William P. Keane
Janice W. Reicher
Daniel A. Contreras
Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, CA  94104-4415

Date: April 5, 2023          **FARELLA BRAUN + MARTEL LLP**

                                      By:   */s/ William P. Keane*
                                             William P. Keane, SBN 124756
                                             wkeane@fbm.com
                                             One Bush Street, Suite 900
                                             San Francisco, California, 94104-4415
                                             Tel: (415) 954-4400

and

R. Eric Bilik (FL Bar No. 0987840)
ebilik@mcguirewoods.com
Kimberly T. Mydock (FL Bar No. 0100571)
kmydock@mcguirewoods.com
MCGUIREWOODS LLP
50 N. Laura Street, Suite 3300
Jacksonville, Florida 32202
Tel: (904) 798-3200
Fax: (904) 798-3207

*Attorneys and Trial Counsel for Movant PGA European Tour*

## PROOF OF SERVICE

### Case No. 3:22-mc-00016-TJC-LLL

**STATE OF CALIFORNIA, COUNTY OF JACKSONVILLE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Alameda, State of California. My business address is One Bush Street, Suite 900, San Francisco, CA 94104-4415.

On April 5, 2023, I served true copies of the following document(s) described as **NOTICE OF CHANGE OF ADDRESS** on the interested parties in this action as follows:

### SEE ATTACHED SERVICE LIST

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record. I also caused to be served a copy of the document(s) from e-mail address svillalobos@fbm.com to the persons at the e-mail addresses listed in the below Service List.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 5, 2023, at Hayward, California.

/s/ *Sharon M. Villalobos*
SHARON M. VILLALOBOS

## SERVICE LIST

### Case No. Case No. 3:22-mc-00016-TJC-LLL

*Attorneys and Trial Counsel for Movant PGA European Tour*

R. Eric Bilik (FL Bar No. 0987840)
ebilik@mcguirewoods.com
Kimberly T. Mydock (FL Bar No. 0100571)
kmydock@mcguirewoods.com
**MCGUIREWOODS LLP**
50 N. Laura Street, Suite 3300
Jacksonville, Florida 32202
Tel: (904) 798-3200
Fax: (904) 798-3207

*Attorneys for LIV Golf, Inc.*

| | |
|---|---|
| **GIBSON, DUNN & CRUTCHER LLP** | Email: |
| Rachel S. Brass, SBN 219301 | |
| Lauren D. Dansey, SBN 311886 | rbrass@gibsondunn.com |
| 555 Mission Street, Suite 3000 | ldansey@gibsondunn.com |
| San Francisco, California 94105-0921 | |
| Telephone: 415.393.8200 | |
| Facsimile: 415.393.8306 | |
| | |
| Joshua Lipton, pro hac vice | jlipton@gibsondunn.com |
| Kristen C. Limarzi, pro hac vice | klimarzi@gibsondunn.com |
| 1050 Connecticut Avenue, N.W. | |
| Washington, DC 20036-5306 | |
| Telephone: 202.955.8500 | |
| | |
| Robert C. Walters, pro hac vice | rwalters@gibsondunn.com |
| Scott K. Hvidt, pro hac vice | shvidt@gibsondunn.com |
| Philip Axt, pro hac vice | paxt@gibsondunn.com |
| 2001 Ross Avenue, Suite 2100 | |
| Dallas, Texas 75201-2911 | |
| Telephone: 214.698.3100 | |

| | |
|---|---|
| **QUINN EMANUEL URQUHART &**<br>  **SULLIVAN LLP**<br>John B. Quinn, SBN 90378<br>Dominic Surprenant, SBN 165861<br>Kevin Teruya, SBN 235916<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017 Telephone:<br>Telephone:  213.443.3000 | Email**:**<br>johnquinn@quinnemanuel.com<br>dominicsurprenant@quinnemmanuel.com<br>kevinteruya@quinnemanuel.com |
| Robert P. Feldman, SBN 69602<br>555 Twin Dolphin Dr., 5th Floor<br>Redwood Shores, California 94065<br>Telephone: 650.801.5000<br>Facsimile: 650.801.5100 | bobfeldman@quinnemanuel.com |

*Attorneys for PGA Tour*

| | |
|---|---|
| John W. Keker<br>Brook Dooley<br>Nicholas S. Goldberg<br>Thomas E. Gorman<br>Sophie A. Hood<br>Leo L. Lam<br>Robert A. Lauridsen<br>Eric H. MacMichael<br>Nicholas D. Marais<br>Elliot R. Peters<br>David J. Silbert<br>Kathleen Corey<br>**KEKER, VAN NEST & PETERS LLP**<br>633 Battery Street<br>San Francisco, CA 94111-1809 | Email:<br>jwk@kvn.com<br>bdooley@keker.com<br>ngoldberg@keker.com<br>tgorman@keker.com<br>shood@keker.com<br>llam@keker.com<br>alauridsen@keker.com<br>emacmichael@keker.com<br>nmarais@keker.com<br>epeters@keker.com<br>dsilbert@keker.com<br>KCorey@keker.com |
| Anthony J. Dreyer<br>Karen H. Lent<br>Matthew M. Martino,<br>**SKADDEN, ARPS, SLATE,**<br>**MEAGHER & FLOM LLP**<br>One Manhattan West<br>New York, NY 10001 | Email:<br>anthony.dreyer@skadden.com<br>karen.lent@skadden.com<br>matthew.martino@skadden.com |
| Patrick J Fitzgerald<br>**SKADDEN, ARPS, SLATE,**<br>  **MEAGHER & FLOM LLP**<br>155 N. Wacker Drive, Suite 2700<br>Chicago, IL 60606 | Email:<br>patrick.fitzgerald@skadden.com |

*Attorneys for Interested Party PGA Tour, Inc.*

| | |
|---|---|
| Michael E. Lockamy<br>**BEDELL, DITTMA, DeVAULT,**<br>  **PILLANS & COXE, P.A.**<br>The Bedell Building<br>101 East Adams Street<br>Jacksonville, Florida 32202<br>Telephone: 904-353-0211<br>Facsimile: 904-353-9307 | Email:<br>mel@bedellfirm.com |