United States District Court
Middle District of Florida
Jacksonville Division

**PGA EUROPEAN TOUR,**

    **Movant,**

v.                                                       **NO. 3:22-mc-16-TJC-LLL**

**LIV GOLF, INC.,**

    **Respondent.**

---

### Order Requiring Joint Notice

On June 6, 2023, it was internationally reported that the PGA Tour, DP World Tour (also known as the European Tour), and LIV Golf, Inc. would merge commercial operations into a new, collectively-owned, for-profit entity, "unify[ing] the game of golf, on a global basis." Press Release, PIF, PGA Tour, DP World Tour and PIF Announce Newly Formed Commercial Entity to Unify Golf (June 6, 2023) (available at https://www.prnewswire.com/news-releases/pga-tour-dp-world-tour-and-pif-announce-newly-formed-commercial-entity-to-unify-golf-301843768.html). The press release, issued by the Public Investment Fund (PIF), stated that the "announcement w[ould] be followed by a mutually agreed end to all pending litigation between the participating parties." *Id.*

The Court is prepared to issue its decision on the PGA European Tour's Motion to Quash LIV Golf, Inc.'s Rule 45 Subpoena, doc. 1; yet recent news casts some doubt on whether there is still a controversy that requires Court intervention. As a result, the

Court recently set a status hearing to take place on the Zoom platform on June 16, 2023 at 3:30 p.m. *See* doc. 45. Counsel for LIV has informed chambers that it is unavailable to appear at the scheduled time.

It is **ordered**:

1. On or before the **close of business on June 16, 2023**, the parties are directed to file a joint notice advising the Court 1) whether court intervention is still required; and 2) the status of the underlying litigation in the Northern District of California, *Jones, et. al v. PGA Tour, Inc.*, No. 5:22-cv-04486-BLF-SVK; or

2. should the parties prefer to discuss these matters at a hearing, the parties shall file a joint notice **on or before the close of business on June 15, 2023,** providing a mutually agreeable time to conduct the hearing via the Zoom platform on June 16, 2023, or June 20, 2023.

3. The status hearing scheduled for 3:30 p.m. on June 16, 2023, doc. 45, is **cancelled**.

**Ordered** in Jacksonville, Florida on June 14, 2023.

LAURA LOTHMAN LAMBERT
United States Magistrate Judge

c:
Daniel A. Contreras, Esq.
Janice W. Reicher, Esq.

Kimberly Tolland Mydock, Esq.
Robert Eric Bilik, Esq.
William P. Keane, Esq.
Joshua Lipton, Esq.
Jason D. Sternberg, Esq.
Philip Axt, Esq.
Rachel S. Brass, Esq.
Tara MacNeill, Esquire
Michael E. Lockamy, Esq.